# Exhibit C

**From:** BDA License Office <agent@blu-raydisc.info>
**Sent:** Thursday, September 2, 2021 4:17 PM
**To:** cyu@newcenturymediausa.com
**Cc:** BDA License Office
**Subject:** RE: FLLA ROM2 LICENSEE

Dear Mr. Yu:

We are the License Office of the Blu-ray Disc Association, the group of companies dedicated to developing and promoting the Blu-ray Disc format (the "BDA").  The BDA recently received outreach from Top Media Inc., suggesting that Top Media is interested in obtaining an FLLA ROM2 license from the BDA.

If Top Media is indeed interested in a license from the BDA, the BDA might be willing to grant such a license.  However, the granting of the license would be contingent on Top Media's agreement to certain terms and on Top Media's prompt response and cooperation.  Accordingly, please respond by email or phone (+1.503.619.0854) within ten (10) business days to confirm Top Media's continued interest in the foregoing.  Once we receive your confirmation, the parties can discuss the terms of any potential license and next steps.

Sincerely,

Blu-ray Disc Association
License Office
3855 SW 153rd Drive
Beaverton, OR 97003 USA
Email address: agent@blu-raydisc.info
Fax: +1-503-644-6708